UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND GONZALEZ, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

HB USA HOLDINGS, INC.,

    Defendant.

Case No: 1:20-cv-03790-KPF

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Forest Hills, New York
        August 31, 2020

**Mars Khaimov Law, PLLC**

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

**GIBSON, DUNN & CRUTCHER LLP**

By: _____
Gabrielle Levin Esq.
200 Park Avenue
New York, New York 10166
GLevin@gibsondunn.com
*Attorneys for Defendant*